## Stoever's Estate (No. 2).

OPINION BY HEAD, J., March 3, 1911:

This is a similar appeal to that of Nathaniel Lieb in his own right which we have just disposed of and in which we have filed an opinion ante p. 451.   For the reasons there given we affirm the decree of the learned judge below and dismiss this appeal at the costs of the appellant.

---

## Stoever's Estate (No. 3).

OPINION BY HEAD, J., March 3, 1911:

For the reasons given in the opinion filed in the appeal of Nathaniel Lieb ante, p. 451, argued with this case, the decree of the lower court is affirmed and the appeal dismissed at the costs of the appellant.

---

## Keller, Appellant, v. Conestoga Traction Company.

*Negligence—Street railways—Killing of cow.*

A person who drives cows at night along a public highway on which there is a street car line, will not be entitled to recover damages from the railway company for the killing of one of the cows by a street car, where it appears that none of the cows were fastened, that the night was very dark, that the drivers of the cows gave no signal to the motorman, and that the speed of the car was described by the witnesses only as "fast" or "very fast."

Argued Nov. 14, 1910.   Appeal, No. 6, Oct. T., 1910, by plaintiff, from order of C. P. Lancaster Co., Oct. T., 1907, No. 48, refusing to take off nonsuit in case of Jacob